# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: HW
DATE: 3/16/2023 TIME: 1210
U.S. MARSHAL E/TN
KNOXVILLE, TN

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:23-CR-36 |
| | ) | |
| | ) | |
| | ) | SEALED |
| COREY L. SIMMS, a/k/a "C" | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* COREY L. SIMMS, a/k/a "C"

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a quantity of acetyl fentanyl, a Schedule I controlled substance, a quantity of heroin, a Schedule I controlled substance, and a quantity of hydromorphone, a Schedule II controlled substance. 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C)

Conspiracy to commit money laundering. 18 U.S.C. § 1956(h)

Date: 3/16/23

City and state: Knoxville, Tennessee

*Issuing officer's signature*

LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

*Arresting officer's signature*

*Printed name and title*

FID: 11532-1683
2374-0316-01668-2